IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WAYNE LEWIS,
    Petitioner,

v.                                    Civil No. 3:24cv345 (DJN)

UNITED STATES,
    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on May 31, 2024, the Court conditionally docketed the action and directed Petitioner to file his habeas petition on the standardized forms. (ECF No. 4.) On June 26, 2024, the United States Postal Service returned the May 1, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS," because Petitioner relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Petitioner.

An appropriate Order shall issue.

                                                       /s/
                                                 David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: July 25, 2024